IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RENY SHERENE MORGAN,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT
OF JUSTICE,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2841-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the Plaintiff's request for IFP status be DENIED and the case closed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close this case.

SO ORDERED, this 18 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge